

**ORDERED in the Southern District of Florida on April 1, 2026.**

**Laurel M. Isicoff, Judge
United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                  CASE NO. 25-21203-BKC-LMI

MARCO ANTONIO ALVES ANDRADE            Chapter 13
and GIAN PAOLA DAQUINO

           Debtor(s).
_____/

## <u>ORDER DENYING MOTION FOR RECONSIDERATION</u>

This matter came before the Court upon the Motion for Reconsideration (ECF #72) (the "Motion") filed by Peter De Lisi on March 26, 2026.[1] The Motion seeks reconsideration of the Order on Debtors' Motion for Contempt and Sanctions for Violations of the Automatic Stay Pursuant to Section 105(a) And 362(k) Against Peter J. De Lisi (ECF #68) (the "Order") entered on March 10, 2026 on the basis that Mr. De Lisi understood at the February 3, 2026 hearing, that

---

[1] The Court determined a hearing on the Motion was not necessary.

the maximum amount the Court would enter against Mr. De Lisi as a sanction for violating the automatic stay was $950.00.

At the February 3, 2026 hearing, Debtors' counsel clarified that the $950.00 amount was the amount in fees sought and incurred as of the time the demand letter was sent to Mr. De Lisi on January 16, 2026. At the February 3, 2026 hearing, Debtors' counsel advised that since the demand letter was sent on January 16, 2026, counsel incurred additional fees in filing the motion and preparing for, and attending, the February 3, 2026 hearing and therefore the Debtors were seeking an award of all of their reasonable attorneys fees and costs incurred in prosecuting the stay violation motion (ECF #55).  Based on Debtors' counsel's argument, the Court agreed that counsel was entitled to additional fees and directed counsel to file a statement of fees and costs for the Court's review.  The Court reviewed that statement and awarded the total fees and costs that are reflected in the Order.

Based upon the record, and for the reasons outlined herein, it is **ORDERED** that the Motion (ECF #72) is **DENIED**.

###

Copies furnished to:
Peter De Lisi

*The Clerk of Court is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF.*