UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

RE:    MARCO ANTONIO ALVES ANDRADE                         CASE NUMBER: 25-21203 LMI
       GIAN PAOLA DAQUINO

### TRUSTEE'S NOTICE OF DEFICIENCY AND RECOMMENDATION
### (If this case is dismissed, this deficiency is an objection to reinstate)

The Trustee reviewed this case and found the following deficiencies remain unresolved from the Trustee's letter or requirements under the Bankruptcy Code and Rules. *The Trustee reserves the right to raise additional objections UNTIL all documents are provided to the Trustee and reviewed for issues raised and additional documents needed.* **See Court Notice of Commencement for additional information and Trustee's website www.CH13miami.com for forms and procedures.**

As appropriate, all written responses or documents must be received through BKDOCS.US or filed with the Clerk by 5pm at least 15 days prior to the first confirmation hearing or agreed deadline if confirmation is continued. Pro Se debtors may fax documents to 954-443-4452. Late documents may not be reviewed or considered, and this case may be at risk of dismissal. The Trustee's Office has a "Pre-call" date, **THE THURSDAY PRIOR TO THE HEARING**. During this period, the Debtor's or Creditor's attorney must call and speak to the Trustee's staff attorney unless they agree to the Trustee's recommendation. A final calendar will be published with any changes to this recommendation the day before the hearing on the front page of the Trustee's website.

**\*\*\*RECOMMENDATIONS ARE CHANGED UPON REVIEW OF DOCUMENTS NOT RECEIPT\*\*\***

**THE DEBTOR'S ATTORNEY OR SELF REPRESENTED DEBTOR MUST APPEAR AT THE CONFIRMATION HEARING OR THE CASE MAY BE DISMISSED**

TRUSTEE'S RECOMMENDATION FOR HEARING

LAST REVIEWED: **4/1/2026**
*Objection to Exemption: Automobile/Valuation (26)*

**PENDING OVER 7 MONTHS**
**3AP served 1/13**
**If debtor's counsel appears, confirms service, agrees to vesting and the recommendation on the record:**

**DISMISS UNLESS documents/amendments received by end of business 4/8 AND attorney pre-calls with Trustee's staff attorney on 4/9:** Remains unresolved from 12/2: 1) Amend plan to pay CMI/DI of $146,073.60 to the allowed unsecured general creditors only as Line 45 is $2,434.56/m once amounts listed for rent is increased to $3,000/m as $5,000/m is neither reasonable nor necessary, vehicle expenses are removed (paid by business and deducted in Line 5), Line 22 is reduced to $0.00 (pending additional evidence) and the priority creditors are deducted in Line 35 – may increase/decrease depending on the amount of the POC yet to be filed by the Department of Revenue and additional evidence re: Line 22 – need evidence that Co-Debtor's out-of-pocket medical expense is medically necessary, i.e., to regulate type 2 diabetes and not elective in nature and 2) File LF76 (Bar Date: 12/04/25) and
*If* resolved, **Continue to 5/5, NEW ISSUES due on or before 4/17**: 3) Creditor being paid through plan has not filed POC – Florida Department of Revenue and governmental bar date has expired, to wit: 3/24/26 – Debtor to file claim on behalf of creditor

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

*Submitted by:*
*NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE*
*P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402*