UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Marco Antonio Alves Andrade                    Case No.: 25-21203-LMI
         Gian Paola Daquino                             Chapter 13
                Debtors_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Application for Compensation and Notice of Hearing was sent to all parties on the attached service list on May 12, 2026.

Electronically and First Class Mail:

Chapter 13 Trustee Via CM/ECF
Nancy K. Neidich,
PO Box 279806
Hollywood, FL 33027

Assistant US Trustee Via CM/ECF
51 SW 1st Avenue, #1204,
Miami, FL 33130

First Class Mail:
Debtor(s), Marco Antonio Alves Andrade Gian Paola Daquino
8011 NE Bayshore CT,
Miami, FL 33138

Respectfully submitted:                **Jose A. Blanco, P.A.**
May 12, 2026                           By: */s/ Jose A. Blanco* | FBN: 062449
                                       Attorney for Debtor(s)
                                       102 E 49th ST
                                       Hialeah, FL 33013,
                                       Tel. (305) 349-3463
                                       E-mail: jose@blancopa.com

LF-69 (rev. 12/01/09)